**Dismissed and Memorandum Opinion filed May 3, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-11-00887-CV

_____

### RON MCGUIRE, Appellant

### V.

### ANTHONY TRAN, Appellee

**On Appeal from the County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Cause No. 1000114**

## MEMORANDUM   OPINION

This is an appeal from a judgment signed October 3, 2011.   The record was filed January 24, 2012.   No brief was filed.

On March 6, 2012, this court issued an order stating that unless appellant submitted a brief on or before April 3, 2012, the court would dismiss the appeal for want of prosecution.   *See* Tex. R. App. P. 42.3(b).

Appellant filed no response.   Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Frost, Brown, and McCally.